**Juan Carlos MARTINEZ–
VILLANUEVA,
Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney
General, Respondent.**

**No. 08–71341.**

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 23, 2010.[*]

Filed Sept. 7, 2010.

Susan Elizabeth Hill, Hill, Piibe & Villegas, Los Angeles, CA, for Petitioner.

Oil, Gregory Darrell Mack, Esquire, Senior Litigation Counsel, Hillel Ryder Smith, U.S. Department of Justice, Washington, DC, CAC–District Counsel, Esquire, Office of the District Counsel Department of Homeland Security, Los Angeles, CA, Ronald E. Lefevre, Office of the District Counsel Department of Homeland Security, San Francisco, CA, for Respondent.

Before: LEAVY, HAWKINS, and THOMAS, Circuit Judges.

MEMORANDUM [**]

Juan Carlos Martinez–Villanueva, a native and citizen of Honduras, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reconsider as untimely. We have jurisdiction under 8 U.S.C. § 1252. We review for abuse of discretion the denial of a motion to reconsider, *Cano–Merida v. INS*, 311 F.3d 960, 964 (9th Cir.2002), and we deny the petition for review.

The BIA did not abuse its discretion in denying Martinez–Villanueva's motion to reconsider as untimely because he filed the motion more than 5 months after the BIA issued its final order, *see* 8 C.F.R. § 1003.2(b)(2), and Martinez–Villanueva did not show he acted with the diligence required for equitable tolling, *see Singh v. Gonzales*, 491 F.3d 1090, 1096–97 (9th Cir. 2007).

**PETITION FOR REVIEW DENIED.**

---

[*] The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

[**] This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.